[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 499.]

THE STATE EX REL. BRIDGESTONE/FIRESTONE, INC., APPELLEE, *v.* CALDWELL, APPELLANT.

[Cite as *State ex rel. Bridgestone/Firestone, Inc. v. Caldwell*, 2000-Ohio-409.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 99-1591—Submitted April 10, 2000—Decided May 24, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-971.

_____

*Roetzel & Andress, Douglas E. Spiker* and *Noel C. Shepard*, for appellee.

*Stanley R. Jurus Law Office* and *Robert M. Robinson,* for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent and would reinstate the order of the Industrial Commission.

_____